UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. OFFICE OF MANAGEMENT AND BUDGET, <br><br> Defendant. | Civil Action No. 26-1224 (RC) |

## JOINT STATUS REPORT

Pursuant to this Court's Order (ECF No. 19), Plaintiff, the Center for Biological Diversity, and Defendant, the U.S. Office of Management and Budget ("OMB"), by and through the undersigned counsel, respectfully file the following Joint Status Report in this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.      This case relates to five FOIA requests submitted to OMB.  OMB received Plaintiff's FOIA requests between March 21, 2025 and February 3, 2026, and assigned them tracking numbers 2025-1111, 2025-1112, 2025-1113, 2025-1117 and 2026-347.  Plaintiff's FOIA requests seek the calendars of 45 career staff and four senior officials, including OMB's Director.

2.      OMB reports that it initiated searches in response to Plaintiff's five FOIA requests prior to the commencement of this lawsuit.  The searches have been completed and OMB is processing the results for each FOIA request in the order in which it was received.  OMB is on track to close one FOIA request per month, beginning with 2025-1111 and ending with 2026-347, with the first production occurring on or about August 3, 2026, and every month thereafter until December 3, 2026.

- 2 -

3.      Accordingly, the parties propose that they file another joint status report on September 14, 2026, and that the Court defer setting a briefing schedule at this time.

Dated: June 26, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:  _____*/s/ William Thanhauser*_____
     WILLIAM THANHAUSER
     D.C. Bar #1737034
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7706

*Attorneys for the United States of America*

     _____*/s/ John Glass*_____
     John William ("J.W.") Glass
     D.C. Bar #1780210
     Center for Biological Diversity
     1411 K Street NW, Suite 1300
     Washington, DC 20005
     (202) 849-8401 ext. 102


*Attorney for Plaintiff*